[No. 56722-5-I.  Division One.  December 18, 2006.]

VIC HELLER, *Petitioner*, v. FRIENDS OF PINE LAKE ET AL., *Appellants*, WILLIAM BUCHAN HOMES, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-16316-7, Helen Halpert, J., entered July 13 and August 23, 2005. *Reversed* by unpublished opinion per Ellington, J., concurred in by Grosse and Baker, JJ.

[No. 56868-0-I.  Division One.  December 18, 2006.]

MARY ANN OTTINGER, *Appellant*, v. SALLY BAGSHAW, *as Chief Civil Deputy Prosecuting Attorney for King County, Respondent*.

Appeal from judgments of the Superior Court for King County, No. 05-2-24567-1, Dean Scott Lum, J., entered August 8 and 23, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Coleman and Grosse, JJ.

[No. 56992-9-I.  Division One.  December 18, 2006.]

STATE FARM FIRE AND CASUALTY COMPANY, *Respondent*, v. ZAHNOW BROTHERS TILE, INC., ET AL., *Defendants*, THE ESTATE OF EDWARD D. ALDERETTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-04249-6, Jay V. White, J., entered September 9, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Dwyer, JJ.

[No. 57015-3-I.  Division One.  December 18, 2006.]

SANDY JUDD ET AL., *Appellants*, v. AMERICAN TELEPHONE AND TELEGRAPH COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-17565-5, Jeffrey M. Ramsdell, J., entered September 6, 2005. *Reversed* and *remanded with instructions* by unpublished opinion per Agid, J., concurred in by Coleman and Baker, JJ.